UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ERIC RODRUE,

        Plaintiff,

v.

GENERAL ASPHALT CO., INC.,

        Defendant.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff ERIC RODRUE brings this action against Defendant, GENERAL ASPHALT CO., INC., pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff ERIC RODRUE was a resident of the State of Florida and an "employee" of Defendant as defined by the FLSA.

3. At all times material hereto, Defendant, GENERAL ASPHALT CO., INC., was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of manfucturing asphalt and gravel, at all times material hereto was the "employer" of Plaintiff ERIC RODRUE as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4. In justifiable reliance upon Defendant's representations and promises, Plaintiff ERIC RODRUE accepted employment and began working for Defendant as an assistant to the controller.

1

5. Defendant failed to pay Plaintiff ERIC RODRUE the full and proper overtime wages of 1.5 times his regular hourly rate for all hours worked over 40 each week.

6. Plaintiff ERIC RODRUE was paid only a flat rate for all hours worked each week.

7. The records, if any, concerning the date range of Plaintiff's employment, the number of hours Plaintiff actually worked, and the compensation actually paid to Plaintiff are in the possession and/or control of Defendant; however, Plaintiff ERIC RODRUE has attached a statement of claim as <u>Exhibit A</u> to provide initial estimates of the damages. These amounts may change as Plaintiff engages in the discovery process.

8. Defendant has knowingly and willfully refused to pay Plaintiff his legally-entitled wages.

9. Plaintiff ERIC RODRUE has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

10. Plaintiff ERIC RODRUE has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")

11.     Plaintiff ERIC RODRUE realleges and incorporates the allegations set forth in paragraphs 1-10 above as if set forth herein in full.

12.     Plaintiff ERIC RODRUE alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) time-and-a-half overtime pay and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

13.     Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff ERIC RODRUE demands judgment against Defendant, plus costs, reasonable attorneys' fees, and such other remedy as the Court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791